UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. HOUSTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOWNEY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01337-JAD-NJK<br><br>ORDER |

**I.　DISCUSSION**

　　This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a former state prisoner. Docket No. 1-1. Plaintiff listed his address as Samaritan House, 1001 N 4th Street, Las Vegas, NV 89101. Docket No. 1-2 at 1. However, Plaintiff provided that same address in case No. 2:20-cv-00650-RFB-NJK, and two recent Court Orders that were mailed to that address in that case were returned as undeliverable. *See* Docket Nos. 44, 45.

　　Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

　　The Court will allow Plaintiff until **March 21, 2022,** to either confirm that his mailing address is the address on file with the Court or file his updated mailing address with the Court. If Plaintiff does not file his current mailing address with the Court by that date, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

　　For the foregoing reasons, IT IS ORDERED that Plaintiff must file his current mailing address with the Court no later than **March 21, 2022**.

1

1 | IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: February 17, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE