UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. HOUSTON,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>DOWNEY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:21-cv-01337-JAD-NJK<br><br>ORDER |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court will allow Plaintiff until **October 3, 2022**, to file his updated address.

For the foregoing reasons,

IT IS ORDERED that Plaintiff must file his updated address with the Court no later than **October 3, 2022**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: September 2, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE