# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brick P. Houston,<br><br>  Plaintiff<br><br>v.<br><br>Downey, et al.,<br><br>  Defendants | Case No.: 2:21-cv-01337-JAD-NJK<br><br>**Order Granting Unopposed Motion to Extend Time**<br><br>[ECF No. 26] |

With good cause appearing, the defendants' unopposed motion to extend the dispositive-motion deadline from October 2, 2023, to November 16, 2023, **[ECF No. 26] is GRANTED**. **The deadline for any party to file a dispositive motion (for example, a motion for summary judgment) is now November 16, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
October 16, 2023