# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. HOUSTON,<br>　　　Plaintiff(s),<br>v.<br>DOWNEY, et al.,<br>　　　Defendant(s). | Case No. 2:21-cv-01337-JAD-NJK<br>**Order** |

On August 20, 2024, the Court set a settlement conference for October 1, 2024. Docket No. 35. That order also required the parties to submit settlement statements with specified information, including the email address for each participant given that the settlement conference would be conducted by video. *Id.* The settlement statements had to be submitted by September 24, 2024. *Id.* at 3. To date, Plaintiff has not submitted his settlement statement.

Accordingly, the settlement conference is hereby **VACATED**. The parties must meet-and-confer, and file a stipulation with five dates on which all required participants are available for a remote settlement conference. That stipulation must be filed by October 4, 2024. Plaintiff will also be required to submit a settlement statement providing all of the information required by the Court's prior order (Docket No. 35) 14 days prior to the settlement conference.[1] In addition, Plaintiff is **CAUTIONED** that he is required to comply with all Court orders moving forward. Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: September 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court has already received a settlement statement from Defendants.