# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRICK P. HOUSTON,

    Plaintiff(s),

v.

DOWNEY, et al.,

    Defendant(s).

Case No. 2:21-cv-01337-JAD-NJK

**Order**

[Docket No. 38]

On August 20, 2024, the Court set a settlement conference for October 1, 2024. Docket No. 35. That order also required the parties to submit settlement statements with specified information, including the email address for each participant given that the settlement conference would be conducted by video. *Id.* The settlement statements had to be submitted by September 24, 2024. *Id.* at 3. Plaintiff did not submit his settlement statement in a timely manner, resulting in the settlement conference being vacated. Docket No. 37.[1] On September 27, 2024, the Court ordered the parties to confer and file a stipulation with five dates on which all required participants are available for a remote settlement conference. *Id.* Defendants have now filed a notice that Plaintiff has not conferred as ordered. Docket No. 38. The Court again **CAUTIONS** Plaintiff that he is required to comply with all Court orders moving forward. Failure to do so may result in the imposition of sanctions. The Court also **RESETS** the settlement conference for 10:00 a.m. on November 26, 2024.

IT IS SO ORDERED.

Dated: October 9, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Plaintiff did submit a settlement statement thereafter.