1  AARON D. FORD
    Attorney General
2  RUDOLF M. D'SILVA (Bar No. 16227)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-3375 (phone)
   (702) 486-3768 (fax)
6  Email: rdsilva@ag.nv.gov

7  *Attorneys for Defendants Clayton Allison,
   Robert Downey, and Tony Podesta*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRICK P. HOUSTON, | Case No. 2:21-cv-01337-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DOWNEY, *et al.*, | |
| Defendants. | ECF No. 42 |

IT IS HEREBY STIPULATED by and between Plaintiff, Brick P. Houston, and Defendants Clayton Allison, Robert Downey, and Tony Podesta, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 26th day of November, 2024.

By: /s/ Brick P. Houston
BRICK P. HOUSTON
Plaintiff

DATED this 26th day of November, 2024

AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 30, 2024